IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Titan Consortium 1, LLC,

        *Petitioner*,

   v.

The Argentine Republic,

        *Respondent*.

**Civil Action No.** _____

## Certificate Under Rule LCvR 26.1

I, the undersigned, counsel of record for Titan Consortium 1, LLC ("Titan"), certify that to the best of my knowledge and belief, no parent company, subsidiary, affiliate, or company which owns at least 10% of the stock of Titan has any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: August 24, 2021

Respectfully submitted,

/s/ Matthew D. McGill
Matthew D. McGill, D.C. Bar #481430
mmcgill@gibsondunn.com
Matthew S. Rozen, D.C. Bar #1023209
mrozen@gibsondunn.com
Ankita Ritwik, D.C. Bar #1024801
aritwik@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Titan Consortium 1, LLC*