UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Titan Consortium 1, LLC,

    Petitioner,

v.

The Argentine Republic,

    Respondent.

Civil Action No. 21-2250 (CKK)

## ORDER
(November 9, 2021)

At the District of Columbia on this 9th day of November, 2021, having considered the [6] Motion of Titan Consortium 1, LLC seeking this Court's signature and seal on the form entitled "Request for Service Abroad of Judicial or Extrajudicial Documents Pursuant to the Additional Protocol to the Inter-American Convention on Letters Rogatory" (ECF No. 6),

**IT IS HEREBY ORDERED** that Petitioner's [6] Motion is **GRANTED**. The Clerk of the Court shall sign and affix its seal to the form (Exhibit A to the Motion) on pages 2 and 5, in the locations designated for "Signature and stamp of the judicial or other adjudicatory authority of the State of origin." Petitioner may retrieve the signed and sealed copy from the Court.

**SO ORDERED.**

Date: November 9, 2021

                                             /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge