## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TITAN CONSORTIUM 1, LLC,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>ARGENTINE REPUBLIC,<br><br>　　　　　　　Respondent. | Case No. 21-cv-2250 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Respondent's motion to dismiss, ECF 12, is **DENIED**.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JIA M. COBB
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: August 19, 2024

1