IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Titan Consortium 1, LLC, *Petitioner*, v. The Argentine Republic, *Respondent*. | **Civil Action No.** 1:21-cv-02250 (JMC) |

**Joint Proposed Schedule**

Pursuant to the Court's September 4, 2024 Minute Order, Petitioner Titan Consortium 1, LLC ("Titan") and Respondent the Argentine Republic ("Argentina") (collectively, the "Parties"), submit this Joint Proposed Schedule for further proceedings in this case.

This Court denied Argentina's motion to dismiss on statute of limitations grounds on August 19, 2024. *See* ECF No. 20–21. Titan now intends to file a dispositive motion. The Parties propose and respectfully request that the Court enter the following schedule for briefing on Titan's dispositive motion:

- Titan shall file its opening brief in support of its motion by **Friday, October 4**.
- Argentina shall file its response brief by **Friday, October 25**.
- Titan shall file its reply brief by **Monday, November 4**.

Dated: September 18, 2024

ARGENTINE REPUBLIC
By its attorneys,

*/s/ Carmine D. Boccuzzi, Jr.*
Carmine D. Boccuzzi, Jr. (D.C. Bar # NY0335)
cboccuzzi@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2508

*Counsel for the Argentine Republic*

Respectfully submitted,

TITAN CONSORTIUM 1, LLC
By its attorneys,

*/s/ Matthew D. McGill*
Matthew D. McGill, D.C. Bar #481430
mmcgill@gibsondunn.com
Matthew S. Rozen, D.C. Bar #1023209
mrozen@gibsondunn.com
Ankita Ritwik, D.C. Bar #1024801
aritwik@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Counsel for Titan Consortium 1, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2024, I caused a true and correct copy of the foregoing Joint Proposed Schedule to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

                                                 */s/ Matthew McGill*
                                                 Matthew McGill