IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Titan Consortium 1, LLC,

*Petitioner*,

v.

The Argentine Republic,

*Respondent*.

Civil Action No. 1:21-cv-02250 (JMC)

## DECLARATION OF MATTHEW D. MCGILL

Pursuant to 28 U.S.C. § 1746, I, Matthew D. McGill, declare as follows:

1.    I am counsel for Titan Consortium 1, LLC ("Titan") in the above-captioned matter. I submit this declaration in support of Titan's motion for relief pursuant to 28 U.S.C. §§ 1610(c) and 1963, which seeks, among other things, to register this Court's judgment in other Districts. Specifically, my declaration focuses on our understanding of the status of assets of the Republic of Argentina ("Argentina") and its agencies or instrumentalities within the District of Columbia. I make this declaration based on my personal knowledge, my supervision of asset location efforts, and my review of reports prepared by professional investigators and asset tracers retained by Titan.

2.    Beginning in 2022, on behalf of Titan, my team directed highly qualified investigators and asset tracers to identify assets in the District of Columbia that could be available to satisfy Titan's judgment, including assets of Argentina or its agencies or instrumentalities. Those professionals included specialized firms that conducted jurisdiction-specific reviews of real property, leased premises, bank/brokerage relationships, receivables, accounts, contractual rights, and revenue-generating operations associated with Argentine state or quasi-state bodies in Washington, D.C.

3.      As part of this work, the investigative teams reviewed publicly available registries, corporate and nonprofit filings, real property and leasing records, vendor-contract disclosures, and related financial summaries, and performed targeted open-source intelligence consistent with professional best practices.

4.      New York is a global financial center and is a common hub for accounts, transactions, and equity holdings. Titan's investigators have, for example, identified certain assets that Argentina and/or its agencies and instrumentalities hold in New York. The investigators have opined that Argentina and its ministries are likely to maintain substantial commercial assets at financial institutions in New York, including a remaining interest in the Brady Bonds collateral accounts held at the Federal Reserve Bank of New York, which are reported to exceed $250 million.

5.      Based on my supervision of these efforts and my review of the investigators' reports and supporting materials, it is my professional judgment that Titan retained highly qualified investigators and asset tracers, conducted an appropriately scoped and diligent review in the District of Columbia across the relevant asset classes, and that, to date, those professionals have not located any asset in the District of Columbia that is both nonimmune and sufficient to satisfy the judgment, but have identified assets in New York that could be used to satisfy the judgment.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 29, 2026
Washington, D.C.

_____
Matthew D. McGill