**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Titan Consortium 1, LLC,

       *Petitioner*,

   v.

The Argentine Republic,

       *Respondent*.

Civil Action No. 1:21-cv-02250 (JMC)

**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR RELIEF**
**PURSUANT TO 28 U.S.C. § 1610(c) AND 28 U.S.C. § 1963**

Upon consideration of Petitioner Titan Consortium 1, LLC's Motion for Relief Pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963 and the related legal memorandum and declaration submitted in support, it is hereby

**ORDERED** that Petitioner's Motion for Relief Pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963 is **GRANTED**.

IT IS SO ORDERED.

Dated: _____, 2026

                               _____

                               JIA M. COBB
                               United States District Judge