**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TITAN CONSORTIUM 1, LLC, | |
| *Petitioner*, | |
| v. | Case No. 1:21-cv-02250 (JMC) |
| THE ARGENTINE REPUBLIC, | |
| *Respondent*. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

With Petitioner's consent, Respondent the Republic of Argentina (the "Republic"), by its undersigned counsel, hereby moves pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Civil Rule 7(m) for a one-week extension of the time to file an opposition to Petitioner Titan Consortium 1, LLC's ("Titan") Motion for Relief Pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963.  In support of this unopposed Motion, the Republic respectfully states as follows:

1. On December 10, 2024, this Court entered judgment for Titan.  ECF Nos. 30, 31.

2. On January 8, 2025, the Republic filed a Notice of Appeal to the D.C. Circuit, ECF No. 32, which appeal remains pending as Case No. 25-7007.

3. On April 29, 2026, Titan filed a Motion for Relief Pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963 (the "Motion"), seeking (a) a determination that a reasonable period of time has elapsed since entry of judgment such that Titan may attach and execute on the Republic's assets in satisfaction of the judgment, and (b) leave to register the judgment for enforcement in other judicial districts.  ECF No. 37.

4. The Republic's opposition to Titan's Motion is currently due on May 13, 2026.

5.      The requested extension is necessary due to ongoing international business travel overlapping with the filing deadline and the need to consult with the client.

6.      This is the Republic's first request for an extension of time to respond to the Motion.

7.      The requested one-week extension will not prejudice Titan or affect any other established deadlines in this case.

8.      Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Titan's counsel regarding this Motion, and Titan consents to the requested extension.

WHEREFORE, for the foregoing reasons, good cause exists for the requested extension and the Republic respectfully requests that this Court grant this Motion and order that the Republic's deadline to file its opposition to Petitioner's Motion for Relief Pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963 is extended to May 20, 2026.

Dated: May 12, 2026
       Washington, D.C.

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Rathna J. Ramamurthi (90002660)
2112 Pennsylvania Ave, N.W.
Washington, DC 20037
(202) 974-1500
rramamurthi@cgsh.com

Carmine D. Boccuzzi, Jr. (NY0335)
One Liberty Plaza
New York, New York 10006
(212) 225-2508
cboccuzzi@cgsh.com

*Attorneys for the Republic of Argentina*

2