**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Titan Consortium 1, LLC,<br><br>     *Petitioner*,<br><br>  v.<br><br>The Argentine Republic,<br><br>     *Respondent*. | Civil Action No. 1:21-cv-02250 (JMC) |

## <u>UNOPPOSED MOTION FOR EXTENSION OF TIME</u>

With Respondent's consent, Petitioner Titan Consortium 1, LLC ("Titan"), by its undersigned counsel, hereby moves pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Civil Rule 7(m) for a one-week extension of the time to file a reply to Respondent The Argentine Republic ("Argentina")'s opposition to Titan's Motion for Relief Pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963. In support of this unopposed Motion, Titan respectfully states as follows:

1.  On December 10, 2024, this Court entered judgment for Titan. ECF Nos. 30, 31.

2.  On January 8, 2025, Argentina filed a Notice of Appeal to the D.C. Circuit, ECF No. 32, which appeal remains pending as Case No. 25-7007.

3.  On April 29, 2026, Titan filed a Motion for Relief Pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963 (the "Motion for Relief"), seeking (a) a determination that a reasonable period of time has elapsed since entry of judgment such that Titan may attach and execute on Argentina's assets in satisfaction of the judgment, and (b) leave to register the judgment for enforcement in other judicial districts. ECF No. 37.

1

4.    On May 12, 2026, Argentina filed an Unopposed Motion for Extension of Time to File Response/Reply as to the Motion for Relief, which this Court granted on May 13, 2026.

5.    On May 20, 2026, Argentina filed its Response to the Motion for Relief.

6.    Titan's reply to Argentina's opposition to Titan's Motion for Relief is currently due on May 27, 2026.

7.    The requested extension is necessary due to the intervening holiday weekend and the press of other matters in this Court, including briefing due today in *Blasket Renewable Investments v. Kingdom of Spain*. 19-cv-3783 (CJN).

8.    This is Titan's first request for an extension of time to reply to Argentina's opposition to Titan's Motion for Relief.

9.    The requested one-week extension will not prejudice Argentina or affect any other established deadlines in this case.

10.    Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Argentina's counsel regarding this Motion, and Argentina consents to the requested extension.

WHEREFORE, for the foregoing reasons, good cause exists for the requested extension and Titan respectfully requests that this Court grant this Motion and order that Titan's deadline to file its reply to Argentina's opposition to Titan's Motion for Relief is extended to June 3, 2026.

Dated:  May 26, 2026
        Washington, D.C.

Respectfully submitted,

By: /s/ *Matthew D. McGill*

Matthew D. McGill, D.C. Bar #481430
Matthew.mcgill@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Ave., N.W. Suite 900
Washington, DC 20006
Telephone: 202.626.2644

*Attorneys for Titan Consortium 1, LLC*