**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Titan Consortium 1, LLC,<br>*Petitioner*,<br>v.<br>The Argentine Republic,<br>*Respondent*. | Civil Action No. 1:21-cv-02250 (JMC) |

**PETITIONER'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR RELIEF UNDER <u>28 U.S.C. § 1963</u>**

Petitioner Titan Consortium 1, LLC ("Titan"), by and through undersigned counsel, respectfully notifies the Court that Petitioner's request for relief under 28 U.S.C. § 1963, as set forth in Petitioner's Motion, Dkt. No. 37, (the "Motion"), is now moot and hereby withdrawn. Petitioner's request for relief under 28 U.S.C. § 1610(c), as set forth in the same Motion, remains pending before the Court.

Since the filing of the Motion, the United States Court of Appeals for the District of Columbia Circuit has issued its mandate in *Titan Consortium 1, LLC v. Argentine Republic*, No. 25-7007, rendering the underlying judgment final for purposes of 28 U.S.C. § 1963. Because the judgment is now registrable as of right in any federal district court under § 1963, the relief previously sought from this Court is no longer necessary. *See In re Professional Air Traffic Controllers Organization (PATCO)*, 699 F.2d 539, 543–45 (D.C. Cir. 1983) (finding that judgments became registrable on "the date of the Second Circuit's mandate"); *Abegglen v. Burnham*, 94 F. Supp. 484, 485–86 (D. Utah 1950) (holding that the phrase "final by appeal" in § 1963 means "by

mandate on appeal"); *see also Clay v. United States*, 537 U.S. 522, 527–28 (2003); *Deep v. Boies*, No. 1:09-MC-0073, 2009 WL 10675920, at *3–4 (N.D.N.Y. Dec. 18, 2009); *Gulf & S. Transp. Co. v. Jordan*, 257 F.2d 361, 363 (5th Cir. 1958) (directing immediate issuance of a mandate to enable registration of the judgment in other districts under § 1963).

The Motion otherwise remains pending with respect to the relief sought under 28 U.S.C. § 1610(c).

Dated: September 11, 2026
Washington, D.C.

Respectfully submitted,

By: */s/ Matthew D. McGill*

Matthew D. McGill, D.C. Bar #481430
Matthew.mcgill@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Ave., N.W. Suite 900
Washington, DC 20006
Telephone: 202.626.2644

*Attorneys for Titan Consortium 1, LLC*