# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-7007** **September Term, 2026**

**1:21-cv-02250-JMC**

**Filed On: September 10, 2026** **[2192361]**

Titan Consortium 1, LLC,

Appellee

v.

Argentine Republic,

Appellant

## M A N D A T E

In accordance with the judgment of July 21, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed July 21, 2026