**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TITAN CONSORTIUM 1, LLC,<br><br>Petitioner,<br><br>v.<br><br>ARGENTINE REPUBLIC,<br><br>Respondent. | Case No. 21-cv-2250 (JMC) |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, Titan's motion for an order under 28 U.S.C. § 1610(c), ECF 37, as modified by its notice of withdrawal, ECF 42, is **GRANTED**.

It is hereby **ORDERED** that, based on the Court's findings that a "reasonable period of time has elapsed following the entry of judgment," 28 U.S.C. § 1610(c), and that notice under § 1608(e) is not required in this case, Titan may now seek attachment or execution, pursuant to 28 U.S.C. § 1610(a)–(b), to satisfy this Court's judgment.

**SO ORDERED**.

JIA M. COBB
United States District Judge

Date: September 25, 2026